NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Judi.Harper@usdoj.gov
Assistant United States Attorney
310 West Sixth Street
Medford, Oregon  97501
Telephone:  (541) 776-3564
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | 1:24-mc-00350 |
| **v.** | **UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |
| **$56,287.96 U.S. CURRENCY,** *in rem*, | |
| **Defendant.** | |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted

Justin Rosas, attorney for claimant Valentin Daskalov, who concurs with this extension.

On January 10, 2024, Valentin Daskalov, filed a claim in a non-judicial civil forfeiture

proceeding by the U.S. Customs and Border Protection to 56,287.96 U.S. Currency seized from a

Chase Bank Account belonging to Valentin Daskalov, on or about November 28, 2023.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Valentin Daskalov agree

to extend the time in which the United States will file a complaint for forfeiture against the

**Unopposed Motion to Extend 90-Day Period**                                                                 **Page 1**

56,287.96 U.S. Currency or to obtain an indictment alleging that the assets are subject to forfeiture. Valentin Daskalov agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Monday, July 8, 2024.

Valentin Daskalov agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until July 8, 2024, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States and Valentin Daskalov shall not seek its return for any reason in any manner.

DATED: **April 1, 2024**

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period

and a proposed Order on the party herein by sending via email on April 1, 2024, to:

Justin Rosas
justin@justinrosas.com
Attorney for claimant Valentin Daskalov

s/ *Dawn Susuico*
DAWN SUSUICO
Paralegal